DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANAIDA R. KOLESNIKOVA** a/k/a **ANAIDA WHEELER,** an individual,
**IGOR V. KOLESNIKOV,** an individual, and **ANDREY TERESHCHENKO,**
an individual,
Appellants,

v.

**SERGEY SHABLAKOV,** individually and derivatively on behalf of **EAST-WEST TRANS LLC,** a Florida Limited Liability Company,
Appellee.

No. 4D22-1368

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE18-026077.

George Lambert of The Lambert Law Firm, Sunny Isles Beach, for appellants.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***